## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                                   Case No. 16–30146
Chapter 13

Lois Jane Collier ,

      Debtor.

### ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *U.S. Bank Trust National Association (Claim 3)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated May 21, 2019

*/s/ Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge